UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:12-cv-234-F

J & J SPORTS PRODUCTIONS, INC.,

Plaintiff,

vs.

PRUDENCIO RODRIGUEZ,
INDIVIDUALLY and D/B/A CENTRO
CERVESERO LA SAONA; and CENTRO
CERVESERO LA SAONA, LLC, an
business entity d/b/a CENTRO
CERVESERO LA SAONA,

Defendants.

## CONSENT JUDGMENT

The Plaintiff and Defendants agreeing that judgment shall be entered in this case, as evidenced by the signatures below, it is hereby ORDERED AND ADJUDGED that judgment be rendered in favor of the Plaintiff and against the Defendants: Prudencio Rodriguez, Individually and d/b/a Centro Cervesero La Saona; and Centro Cervesero La Saona, LLC, d/b/a Centro Cervesero La Saona; jointly and severally, for the sum of Fifteen Thousand Dollars ($15,000.00) with interest and court costs.

SO ORDERED, this _12_ day of ~~March~~ April, 2013.

_____
Judge James C. Fox, Senior United States District Judge
United States District Court Eastern District, North Carolina

1

For the Eastern District of North Carolina

CONSENTED TO:

_____     Dated:_____
Jeremy T. Browner, Esq. (38941)
Attorneys for Plaintiff
1709 Legion Rd., Ste. 215
Chapel Hill, NC 27517-2374
919.537.8039 Tel
919.869.1668 Fax.
jb@brownerlaw.com


_____     Dated:_____
Gregory S. Connor, Esq.
Attorney for Defendants
The Connor Law Firm, PLLC
2501 Blue Ridge Road, Suite 250
Raleigh, NC 27607
919.237.9220 Tel
919.237.9221 Fax
gc@connorlaw.com


_____     Dated:_____
Prudencio Rodriguez, Individually and as
Member of Centro Cervesero La Saona, LLC,
Both d/b/a Centro Cervesero La Saona


*[signature]*                            Dated: April 8, 2013
J & J Sports Productions, Inc.
Joseph M. Gagliardi, President

2

For the Eastern District of North Carolina

CONSENTED TO:

_____  Dated: 3/8/13
Jeremy T. Browner, Esq. (38941)
Attorneys for Plaintiff
1709 Legion Rd., Ste. 215
Chapel Hill, NC 27517-2374
919.537.8039 Tel
919.869.1668 Fax.
jb@brownerlaw.com

_____  Dated: 3/6/2013
Gregory S. Connor, Esq.
Attorney for Defendants
The Connor Law Firm, PLLC
2501 Blue Ridge Road, Suite 250
Raleigh, NC 27607
919.237.9220 Tel
919.237.9221 Fax
gc@connorlaw.com

_____  Dated: 3-6-13
Prudencio Rodriguez, Individually and as
Member of Centro Cervesero La Saona, LLC,
Both d/b/a Centro Cervesero La Saona

2